UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **RANDY MILLER,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **STATE OF TENNESSEE,** | CASE NO: 16-1313-STA-egb |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Motion For Summary Judgment and Appointment of Counsel, Granting Motion To Dismiss, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on April 9, 2018, this cause is hereby dismissed.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/9/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk